THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RICHARD BARKER FREENEY, | ) | |
| AIS #270785, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CV-371-ID |
| | ) | WO |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# **ORDER**

On May 17, 2010, the Magistrate Judge filed a Recommendation (Doc. No. 5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED, and

2. This case be DISMISSED with prejudice prior to service of process in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

Done this 9th day of June, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE